IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 MAY -4 A 8: 24

CLERK J. LaVictoire
SO. DIST. OF GA.

OLIN WOOTEN; OLIN WOOTEN
TRANSPORT COMPANY, INC., and
ATLANTIC COAST CARRIERS, INC.,

    Plaintiffs,

v.

ALTAMAHA BANK AND TRUST;
AMANDA LETICIA VARNADORE;
ADORNA L. POWELL, and
KENNETH D. McLEOD,

    Defendants.

KENNETH D. McLEOD,

    Counter-Claimant,

v.

OLIN WOOTEN; OLIN WOOTEN
TRANSPORT COMPANY, INC., and
ATLANTIC COAST CARRIERS, INC.,

    Counter Defendants.

CIVIL ACTION NO.: CV203-100

## ORDER

Plaintiffs filed a "Motion for Attorney's Fees" (Doc. No. 194), and Defendants Varnadore and Powell have filed a Response. Plaintiffs assert that they filed a Motion to Compel Discovery Upon Oral Deposition on September 13, 2004, as well as an Amended Motion to Compel Discovery on October 4, 2004. The undersigned granted these Motions by Order dated October 26, 2004. Plaintiffs contend that, as a result of having to file these

Motions, they incurred attorney's fees in the amount of $7,518.50 and expenses in the amount of $1,821.63. Plaintiffs assert that these fees and expenses were reasonable and necessary.

Plaintiffs are hereby awarded attorney's fees with regard to the following: 1) drafting the Motion to Compel and the brief in support thereof; 2) dictating a letter to John Morrison regarding a good faith effort to resolve the discovery dispute (4.1 hours at $125.00 an hour); 3) preparing for and attending the December 20, 2004, hearing; and 4) travel related to counsel's trip to Brunswick, Georgia, from Macon, Georgia, and back to Macon, Georgia. (6.7 hours at $175.00 an hour). Plaintiffs are also awarded expenses for hotel expenses and mileage ($231.78). The Court is uncertain whether the other expenses Plaintiffs' counsel contend they incurred are the result of having to complete the aborted deposition of Defendant Powell or if these fees would have incurred irrespective of having filed the Motion to Compel. Accordingly, the Court is not inclined to award these additional expenses to Plaintiffs' counsel. Plaintiffs are entitled to receive, from Varnadore and Powell, $1,916.78 in fees and expenses associated with the bringing of their Motion to Compel.

SO ORDERED, this 4th day of May, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)

```
                    UNITED STATES DISTRICT COURT
                      Southern District of Georgia


         Case Number:    2:03-cv-00100
         Date Served:    May 4, 2005
         Served By:      Nita S. Rose

    Attorneys Served:

         O. Hale Almand Jr., Esq.
         Robert Abney Fricks, Esq.
         John E. Morrison, Esq.




                                     ____ Copy placed in Minutes

                                     ____ Copy given to Judge

                                     ____ Copy given to Magistrate
```