**In the United States District Court
for the Southern District of Georgia
Brunswick Division**

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 MAY 25 A 4 08

CLERK
SO. DIST. OF GA.

| | | |
|---|---|---|
| OLIN WOOTEN, OLIN WOOTEN TRANSPORT COMPANY, INC., and ATLANTIC COAST CARRIERS, INC., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | |
| ALTAMAHA BANK AND TRUST, AMANDA LETICIA VARNADORE, and ADORNA L. POWELL, | : | |
| Defendants. | : | NO. CV203-100 |

O R D E R

In light of the Court's May 23, 2005 Order, Altamaha Bank's motion to renew its summary judgment motion (Doc. No. 212) is **DENIED AS MOOT**.

**SO ORDERED** this _____ day of May, 2005.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA