# United States District Court
## Southern District of Georgia
### Brunswick Division

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2006 SEP 18 P 4: 04

CLERK _____
SO. DIST. OF GA.

| | | |
|---|---|---|
| OLIN WOOTEN, OLIN WOOTEN TRANSPORT COMPANY, INC. AND ATLANTIC COAST CARRIERS, INC. | ) ) ) | |
| vs | ) | CASE NUMBER  CV 203-100 |
| AMANDA LETICIA VARNADORE AND ADORNA L. POWELL | ) ) ) | |

## ORDER

The Court has been advised that this action cannot proceed to trial and disposition because of the following reason(s):

Defendant Varnadore filed Chapter 13 Bankruptcy on 8/1/05 and is entitled to an automatic stay.

THEREFORE, IT IS HEREBY ORDERED that the Clerk of Court mark this action closed for statistical purposes, place the matter in a Civil Suspense File, and delete this matter from the role of pending cases.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction and that the case shall be restored to the trial docket upon motion of a party, if the circumstances change, so that it may proceed to final disposition. This order shall not prejudice the rights of the parties to this litigation.

SO ORDERED, this 18th day of September, 2006.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA